|  |  |  |
|---|---|---|
| UNITED STATES of AMERICA, | : | **Criminal Action No. 12-290 (SRC)** |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| MARTIN J. VILLALOBOS, | : | |
| Defendant. | : | |

**CHESLER, District Judge**

This matter comes before the Court on three motions filed by Defendant *pro se* Martin J. Villalobos: 1) the motion to obtain transcripts at Government expense pursuant to the C.J.A. (Docket Entry No. 26); 2) the motion to unseal documents (Docket Entry No. 38); and 3) the motion to issue subpoenas and grant access to Pre-Trial Services' file on Defendant (Docket Entry No. 31). The Court has considered the parties' submissions, and held a hearing on September 4, 2012. For the reasons stated on the record at the hearing on September 4, 2012,

**IT IS** on this 4th day of September, 2012,

**ORDERED** that Defendant's motion to obtain transcripts at Government expense pursuant to the C.J.A. (Docket Entry No. 26) is **GRANTED**; and it is further

**ORDERED** that Defendant's motion to unseal documents (Docket Entry No. 38) is **GRANTED**, and all sealing Orders previously issued in this case are hereby **VACATED**; and it is further

**ORDERED** that, as to Defendant's application for access to Pre-Trial Services' file on

Defendant (Docket Entry No. 31), decision is **RESERVED**; and it is further

ORDERED that, as to Defendant's application for subpoenas, the motion to issue

subpoenas (Docket Entry No. 31) is **DENIED**.

                              s/ Stanley R. Chesler
                          Stanley R. Chesler, U.S.D.J