UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Stanley R. Chesler |
| v. | Criminal No. 12-290 |
| MARTIN VILLALOBOS, | **ORDER FOR CONTINUANCE** |
| Defendant. | |

This matter come before the Court on the Government's Motion to Continue (DE 37) seeking an adjournment of trial in the interest of justice to, *inter alia*, afford the defendant a reasonable opportunity to prepare for trial. Having considered the Government's motion and the defendant's statement on the record in open court on September 4, 2012 that he desires and needs an adjournment to prepare for trial and this Court having ruled on the record at the September 4, 2012 hearing that an adjournment is warranted, this Court finds as follows:

1. The defendant, proceeding *pro se*, requests a reasonable adjournment of this matter to prepare for trial;

2. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 6th day of September, 2012,

ORDERED that this action be, and hereby is, continued until October 9, 2012; and it is further

ORDERED that any motions are to be filed by 9/21, 2012; and it is further

ORDERED that any response is due on or before 10/1, 2012; and it is further

ORDERED that a motion hearing is scheduled for 10/5, 2012 at 10:00 am

and it is further

ORDERED that trial in this matter shall commence on October 9, 2012 at 9:00 a.m.; and it is further

ORDERED that the period from September 4, 2012 through October 9, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge