UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES of AMERICA, | Criminal Action No. 12-290 (SRC) |
| Plaintiff, | |
| | ORDER |
| v. | |
| MARTIN J. VILLALOBOS, | |
| Defendant. | |

**CHESLER, District Judge**

This matter comes before the Court on the motion to grant access to Pre-Trial Services' file on Defendant filed by Defendant *pro se* Martin J. Villalobos (Docket Entry No. 31). The Court has considered the parties' submissions, and held a hearing on September 4, 2012.

This Court has consulted with Pretrial Services and makes the following decision. In compliance with 18 U.S.C. 3153(c)(1),[1] Defendant Villalobos, as *pro se* counsel, will be provided with the Pretrial Services Bail Report in court at any and all bail review hearings. In addition, the following appendix to the Pretrial Services Confidentiality Regulations applies:

D. Disclosure of the Pretrial Services Report

> (1) The pretrial services report shall be made available to the defendant, the attorney for the defendant, and the attorney for the Government pursuant to the practice and procedure of the district court in connection

---

[1] "Except as provided in paragraph (2) of this subsection, information obtained in the course of performing pretrial services functions in relation to a particular accused shall be used only for the purposes of a bail determination and shall otherwise be confidential. Each pretrial services report shall be made available to the attorney for the accused and the attorney for the Government."

> with a pretrial release or detention hearing, a pretrial release revocation proceeding, or any judicial proceeding to modify the conditions of release. Any copies of the pretrial services report disclosed under this provision shall be returned to the pretrial services officer at the conclusion of the hearing.

As this Appendix requires, the bail report shall be returned to the Pretrial Services Officer at the end of the hearing.

For these reasons,

**IT IS** on this 10th day of September, 2012,

**ORDERED** that Defendant's application for access to Pre-Trial Services' file on Defendant (Docket Entry No. 31) is **GRANTED**.

        s/ Stanley R. Chesler
        Stanley R. Chesler, U.S.D.J