UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

MARTIN J. VILLALOBOS,

    Defendant.

Criminal Action No. 12-290 (SRC)

ORDER

**CHESLER, District Judge**

This matter comes before this Court on the defendant's motion to unseal records related to the hearing held before Magistrate Judge Shwartz on April 2, 2012 (the "Motion") (Docket Entry No. 38). This Court has considered the parties' submissions, and held a hearing on September 4, 2012. For the reasons stated on the record at the hearing on September 4, 2012,

**IT IS HEREBY ORDERED** that the Motion is granted and any sealing Order issued regarding the April 2, 2012 hearing is vacated.

**DONE AND ORDERED** at Newark, New Jersey this ___ day of September, 2012.

HONORABLE STANLEY R. CHESLER
United States District Judge