**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | **Criminal No. 12-290 (SRC)** |
| v. | : | |
| | : | **ORDER** |
| MARTIN VILLALOBOS, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**CHESLER**, District Judge

Pro se Defendant Martin Villalobos has filed a motion to seal certain documents,

docketed on September 4, 2012 as entry number 44.  Villalobos filed that motion under seal, and

it appears that as such the United States of America does not have access to the filing.  It further

appears that Villalobos did not serve the United States of America with a hard copy of his motion

papers.  Therefore,

**IT IS** on this 19th day of September, 2012,

**ORDERED** that, within 5 days of the date of this order, Defendant Villalobos shall serve

a copy of his September 4, 2012 motion to seal, together with all exhibits and other supporting

documents also submitted with that filing, upon the United States of America.

    s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge